IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. PERRETTA, JR., an individual; FRANK PERRETTA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PROMETHEUS DEVELOPMENT CO., INC., a California corporation; SANFORD N. DILLER, an individual; JOHN J. MURPHY, an individual; and VICKI R. MULLINS, an individual,<br><br>Defendants. | No. C 05-02987 WHA<br><br>**ORDER REQUESTING LIMITED SUPPLEMENTAL BRIEFING** |

Defendants filed a motion to dismiss plaintiffs' class-action complaint on November 11, 2005. Plaintiffs opposed this motion and defendants submitted reply papers. The Court hereby **REQUESTS** that each side submit by **DECEMBER 14, 2005 AT NOON** supplemental briefs that *shall not exceed two pages in length* addressing the limited topic of whether the Securities Litigation Uniform Standards Act requires dismissal of plaintiffs' complaint.

The parties need not provide any introductory language or statement of the case background and only need to focus on the facts necessary to the Court's application of SLUSA. The parties must support any legal conclusions with case authority, preferably from our Circuit except where no authority from our Circuit exists, then the parties may look to the other circuits. In any event, some case authority must be provided in support.

1  To the extent the parties no longer contest the application or non-application of SLUSA,
2 the parties, in lieu of the above-described brief, should so indicate in a submission by the above
3 deadline.
4  The hearing on defendants' motion, scheduled at 8:00 a.m. on December 22, 2005, is not
5 altered in any way by this order.

**IT IS SO ORDERED.**

Dated:  December 12, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2