IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. PERRETTA, JR., an individual, FRANK PERRETTA, an individual,, <br><br> Plaintiffs, <br><br> v. <br><br> PROMETHEUS DEVELOPMENT CO., INC., a California corporation, SANFORD N. DILLER, an individual, JOHN J. MURPHY, an individual, and VICKI R. MULLINS, an individual, <br><br> Defendants. <br> _____/ | No. C 05-02987 WHA <br><br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** a continuance of the case management conference to **FEBRUARY 23, 2006**. Please file your joint case management conference at least ten days prior.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: January 25, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE