UNITED STATES DISTRICT COURT
Northern District of California
United States Courthouse
450 Golden Gate Avenue
San Francisco, California  94102

_____

**Chambers of**
**JUDGE WILLIAM ALSUP**

May 1, 2008

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals
  For the Ninth Circuit
P.O. Box 193939
San Francisco, California  94119-3939

>   Re:   *Louis A. Peretta, Jr., and Frank Peretta v. Prometheus Development Company, Inc. and Sanford N. Diller*
>         Case No. 06-15526; D.C. Case No. C05-02987 WHA

Dear Ms. Dwyer:

    Pursuant to General Order No. 12, I would like to ask the Court of Appeals to consider granting rehearing in the above-entitled appeal.  This request is made not from the perspective of either of the litigants but from the perspective of the district judge and the institutional interest in avoiding reversals on grounds not presented below.

    Without getting into other differences between my order and the panel order, the panel opinion recently reversed the undersigned based on arguments never presented in the district court.  These were in fact the main arguments leading to the reversal.  The panel's reversal was based on an interpretation of California Corporations Code Section 16103(b)(3), namely that allowing an interested partner to count its votes in a ratification vote is "manifestly unreasonable" within the meaning of that code provision.  This issue was simply never raised in the district court.  At no point did plaintiffs argue that Section 16103(b)(3) governed the merger at issue, much less that the voting provisions were "manifestly unreasonable" under Section 16103(b)(3).  Instead, the gravamen of plaintiffs' argument in the district court was that California common law under *Skone v. Quanco Farms*, 261 Cal. App. 2d 237 (5th Dist. 1968), did not preclude plaintiffs' claim for breach of fiduciary duty, and these arguments were addressed accordingly.  Plaintiffs argued in the district court that the votes of interested partners should not have counted, but cited no support for this position.

                                Sincerely yours,

                                */s/ William Alsup*
                                William Alsup
                                United States District Judge